

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-31-2001

# Hughes v. USA

Precedential or Non-Precedential:

Docket 00-3606

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"Hughes v. USA" (2001). *2001 Decisions.* Paper 201.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/201

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 00-3606
_____

RAYMOND HUGHES,

Appellant

v.

UNITED STATES OF AMERICA
_____

On Appeal From the United States District Court
for the Eastern District of Pennsylvania
(C.A. No. 00-cv-3605)
District Judge: Honorable Edmund V. Ludwig
_____

Argued: July 19, 2001

Before: SCIRICA, RENDELL and ROSENN, Circuit Judges.
_____

ORDER AMENDING SLIP OPINION
_____

The slip opinion in the above case is hereby amended as follows:

     1.    On page 2, paragraph 3, line 3, delete "("VAMC")" after "Carolina."

     2.    On page 4, line 3, delete "(91a)."

     3.    On page 4, in the last paragraph, line 4, insert "C." after "U.S."

     4.    On page 4, last paragraph, line 10, delete "(citations omitted)."

     5.    On page 5, line 1, insert an "s" after "citation."

     6.    On page 9, at the end of the first full paragraph, delete the period after "552."

BY THE COURT:

/s/ Max Rosenn
Circuit Judge

Dated: August 31, 2001